USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v.-

SHANE McGREGOR and MEKHI McGOWAN,

                  Defendants.

---

23 Cr. 00372 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On **August 15, 2023** at **11:30 a.m.**, an initial conference will take place in Courtroom 12B, 500 Pearl Street, New York, NY 10007. At the conference, the Government shall recite the procedural history of this case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials.

    SO ORDERED.

Dated: August 10, 2023
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge