UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              -v.-<br><br>SHANE MCGREGOR,<br>                              Defendant. | 23 Cr. 372 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On September 18, 2025, the Government filed a letter seeking to reschedule the initial pretrial conference in this matter to September 25, 2025. *See* ECF No. 70. The Government also requested that time be excluded through September 25, 2025, pursuant to the Speedy Trial Act, "to allow the parties time to produce and review discovery and to engage in discussions regarding a potential pretrial resolution of this matter." *Id.* On September 19, 2025, the Court rescheduled the conference to September 25, 2025 and directed defense counsel to "file a letter forthwith stating his position on excluding time through that date." ECF No. 71.

Defense counsel has not filed a letter objecting to excluding time or otherwise responding to the Court's directive. Accordingly, pursuant to § 3161(h)(7)(A) of the Speedy Trial Act, the Court hereby excludes time from today through September 25, 2025, finding that the purposes stated in the Government's application, *see* ECF No. 70, outweigh the interests of the Defendant and the public in a speedy trial.

The Clerk of Court is directed to terminate ECF No. 70.

SO ORDERED.

Dated: September 23, 2025
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge