UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>SHANE MCGREGOR,<br>                              Defendant. | 23 Cr. 372 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant Shane McGregor may wish to enter a change of plea.  Accordingly, on **November 24, 2025** at **2:00 p.m.**, a plea proceeding will take place in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 10, 2025
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge