UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

UNITED STATES OF AMERICA

**Order of Restitution**

v.

SHANE McGREGOR                                    23 Cr. 372 (JHR)

————————————————————

Upon the application of the United States of America, by its attorney, Jay Clayton, United

States Attorney for the Southern District of New York, Juliana N. Murray, Assistant United States

Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count

One of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1.      **Amount of Restitution**

Shane McGregor, the defendant, shall pay restitution in the total amount of  $1,318,481.93,

pursuant to 18 U.S.C. § 3663A, to the victim of the offense charged in Count One.  The name,

address, and specific amount owed to the victim are set forth in the Schedule of Victims, attached

hereto as Schedule A.  Upon advice by the United States Attorney's Office of a change of address

of a victim, the Clerk of Court is authorized to send payments to the new address without further

order of this Court.

A.      **Joint and Several Liability**

Restitution is joint and several with the following defendants in the following case: MEHKI

McGOWAN, 23 Cr. 372 (JHR). The defendant's liability to pay restitution shall continue unabated

until either the defendant has paid the full amount of restitution ordered herein, or every victim in

Schedule A has recovered the total amount of each loss from the restitution paid by the defendant

and the co-defendant ordered to pay the same victims.

2025.02.20

**2.      Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of at least 15% percent of the defendant's gross monthly income while on supervision, payable on the 15th day of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n), and if the defendant does not participate in the IFRP, his monthly payments while serving his term of imprisonment shall be at least $25 per quarter.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

 **3.      Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_Jennifer H. Rearden_____          _July 2, 2026_
HONORABLE JENNIFER H. REARDEN                DATE
UNITED STATES DISTRICT JUDGE

2025.02.20                                3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

        v.

SHANE McGREGOR

**Schedule of Victims**

23 Cr. 372 (JHR)

_____

| Name | Address | Amount of Restitution |
|---|---|---|
| NYC Board of Education Retirement System | P.O. Box 21269 New York, NY 10087-1269 | $1,318,481.93 |